NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1282, -1283

SANITEC INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

MICRO-WASTE CORPORATION,

Defendant-Cross Appellant.


John M. Delehanty, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., of New York, New York, argued for plaintiff-appellant. With him on the brief was Timur E. Slonim.

Alan B. Daughtry, Jackson Walker L.L.P., of Houston, Texas, argued for defendant-cross appellant. With him on the brief was Richard E. Griffin.

Appealed from: United States District Court for the Southern District of Texas

Senior Judge Ewing Werlein, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1282, -1283

SANITEC INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

MICRO-WASTE CORPORATION,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the     United States District Court for the
Southern District of Texas

In CASE NO(S).     04-CV-3066.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, SCHALL, and MOORE, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: October 9, 2008     /s/ Jan Horbaly
Jan Horbaly, Clerk